# IN THE MATTER OF TOBY, A PANIS

## 1807

### Journal Entries

1. Habeas corpus ordered . . . . . . . *Journal, infra,* \*p. 91
2. Argument heard . . . . . . . . . . . " 93
3. Decision; reasons . . . . . . . . . . " 94

### Papers in File

1. Writ of habeas corpus and return (incomplete) . . . . . . . .